| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Samantha | Heather | Nachman |
| | First Name | Middle Name | Last Name |
| Debtor 2: (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Eastern | District of | Michigan |
| Case Number: (if known) | 23-49336 | | |

Chapter filing under:
- ☑ Chapter 7
- ❏ Chapter 11
- ❏ Chapter 12
- ❏ Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

☑ The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

☐ The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 113 | 11/2/2023 |
| | Month / day / year |
| $ 113 | 12/1/2023 |
| | Month / day / year |
| $ 112 | 1/2/2024 |
| | Month / day / year |
| + $ _____ | _____ |
| | Month / day / year |
| **Total** $ 338 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

Signed on November 1, 2023



/s/ Lisa S. Gretchko

**Lisa S. Gretchko**
**United States Bankruptcy Judge**

In re:     Case No. 23-49336-lsg
Samantha Heather Nachman     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-2     User: admin     Page 1 of 1
Date Rcvd: Nov 01, 2023     Form ID: pdf01     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Samantha Heather Nachman, 1374 Hanford Ave Apt 1, Lincoln Park, MI 48146-1765 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2023     Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John Robert Keyes | on behalf of Debtor Samantha Heather Nachman ecf@robertkeyeslaw.com RobertKeyesLawPLLCMI@jubileebk.net |
| Mark H. Shapiro | shapiro@steinbergshapiro.com harmon@steinbergshapiro.com;MHS@trustesolutions.net;MI57@ecfcbis.com;jbrown@steinbergshapiro.com |

TOTAL: 2