# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan
## Southern Division

In the Matter of:

Samantha Heather Nachman           Bankruptcy No: 23-49336-lsg

                                           Chapter 7

_____Debtor(s)

## CORRECTED ORDER TO SHOW CAUSE
## ON DISMISSAL OF CASE FOR FAILURE TO PAY FILING FEE

The files and records of the above-entitled case reveal the debtor has failed to pay the balance of filing fee in the amount of ** $ 338.00**   as ordered by the Court pursuant to 28 U.S.C. Section 1930 and Bankruptcy Rule 1006.

This is to notify you that a hearing will be held on **February 16, 2024 at 9:30 AM** before the Honorable Lisa S. Gretchko by telephone, to show cause why the case should not be dismissed pursuant to Bankruptcy Rule 1017(b)(1) and 11 U.S.C. Section 707 (a)(2). At least five minutes before the scheduled time for hearing, counsel and parties should call **(888) 684-8852 and use Access Code 6874938**.  Counsel and parties should place their phone on mute and wait until their case is called before unmuting their phone and participating.

The debtor and the attorney for the debtor must appear at this hearing, unless the fees are paid in full prior to the hearing date.  Notice must be given to the courtroom deputy that the fee has been paid.  **If the fee is not paid prior to the hearing date and if the debtor and attorney for debtor fail to appear at this hearing, the case may be dismissed.**

**NO PERSONAL CHECKS, DEBIT OR CREDIT CARDS will be accepted from a debtor. Payments submitted to the clerk must be cash, cashiers' check or money order. Credit cards will only be accepted from attorneys through pay.gov.

**Signed on January 17, 2024**



/s/ Lisa S. Gretchko
Lisa S. Gretchko
United States Bankruptcy Judge

| | |
|---|---|
| In re: | Case No. 23-49336-lsg |
| Samantha Heather Nachman | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0645-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 17, 2024 | Form ID: pdf01 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Samantha Heather Nachman, 1374 Hanford Ave Apt 1, Lincoln Park, MI 48146-1765 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2024          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John Robert Keyes | on behalf of Debtor Samantha Heather Nachman ecf@robertkeyeslaw.com RobertKeyesLawPLLCMI@jubileebk.net |
| Mark H. Shapiro | shapiro@steinbergshapiro.com harmon@steinbergshapiro.com;MHS@trustesolutions.net;MI57@ecfcbis.com;jbrown@steinbergshapiro.com |

TOTAL: 2